**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

J&J NE 31ST STREET, LLC,

      CASE NO. 16-18693-BKC-PGH
      Chapter 7

    Debtor.
_____/

**TRUSTEE'S MOTION TO REINSTATE BANKRUPTCY CASE,**
**TO VACATE ORDER OF DISMISSAL AND FOR SANCTIONS**

    **NICOLE TESTA MEHDIPOUR**, as Chapter 7 Trustee (the "Trustee") for the Debtor, J&J NE 31st Street, LLC (the "Debtor"), by and through undersigned counsel, respectfully files this Motion to Reinstate Bankruptcy Case, to Vacate Order of Dismissal and for Sanctions (the "Motion"). In support of this Motion, the Trustee respectfully represents as follows:

**BACKGROUND**

    1.    On June 19, 2016, the Debtor filed a voluntary petition for relief under Chapter 7of the Bankruptcy Code. Leslie A. Arouh ("Arouh") is the managing member of the Debtor.

    2.    Thereafter, Nicole Testa Mehdipour was appointed as the Chapter 7 Trustee for this case.

    3.    The Section 341 Meeting of Creditors was held and concluded on July 20, 2016 (the "Meeting of Creditors").

    4.    Pursuant to the Schedules, the Debtor disclosed an ownership interest in a property located at 216 NE 31st Street (the "Property"). The Schedules also lists two secured creditors and no unsecured creditors.

    5.    On August 24, 2016, the Trustee filed the Motion to Compel Payment of Rent and Turnover of Rents Collected by Debtor [ECF No. 11].

6. On September 8, 2016, the Court entered the Order Granting Motion to Compel Payment of Rent and Turnover of Rents Collected by Debtor [ECF No. 15].

7. On September 16, 2016, an Order was entered granting the secured creditor, Wells Fargo Bank, Stay Relief [ECF No. 18].

8. On September 22, 2016, the Debtor filed the Motion for Reconsideration [ECF No. 21] (the "Motion for Reconsideration") of the Order Granting Motion to Compel Payment of Rent and Turnover of Rents Collected by Debtor.

9. On October 4, 2016, the Debtor filed the Motion to Dismiss [ECF No. 24]. Shortly after the filing of the Motion, the Debtor's principal, Leslie Arouh ("Arouh"), negotiated with the Trustee for the dismissal of the case upon payment of the Trustee's professionals. Given the lack of unsecured creditors in this case and the granting of stay relief to the secured creditor the Trustee consented to the dismissal.

10. On November 4, 2016, the Court entered the Order Granting Motion to Dismiss with Prejudice [ECF No. 31] (the "Order of Dismissal"). Pursuant to the Order of Dismissal, the Debtor was to make a payment to the Trustee in the amount of $9,000.00 (the "Payment") for the administrative fees and costs on or before November 11, 2016.

11. On November 11, 2016, Mr. Arouh issued a check made payable to the Trustee in the amount of $9,000. On November 28, 2016, the check was returned for insufficient funds ("NSF"). Copy of NSF check is attached and marked as **Exhibit "A."** Despite repeated demands to replace the check and/or wire sufficient monies to satisfy the Payment required under the Order of the Dismissal the same has not been forthcoming.

## RELIEF REQUESTED

12. By this Motion, the Trustee respectfully requests that this Court reinstate this

bankruptcy case as the Debtor has not complied with the Order of Dismissal and vacate the Order of Dismissal.

13.     Additionally, the Trustee request this Court authorize her to report the bad check to the county prosecutor for criminal prosecution and that the Debtor's principal, Leslie Arouh, be sanctioned for issuing an NSF check and causing the Trustee and the estate additional fees and costs in connection with the NSF check and the filing of this Motion.

**WHEREFORE,** the Trustee, Nicole Testa Mehdipour, respectfully requests that the Court enter an order (i) reinstating the Debtor's bankruptcy case, and (ii) vacating the Order of Dismissal, (iii) imposing sanctions on the Debtor's principal, Leslie Arouh, and (iv) such other and further relief as just and proper.

Dated this 12th day of December, 2016.

Respectfully Submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel to the Chapter 7 Trustee*
200 East Broward Blvd, Suite 1110
Ft. Lauderdale, Florida 33301
Telephone: (954) 453-8000
Facsimile: (954) 453-8010
Email: mguitian@gjb-law.com

/s/ *Mariaelena Gayo-Guitian*
    Mariaelena Gayo-Guitian, Esq.
    Florida Bar No. 813818

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was served via CM/ECF and/or by U.S. Mail upon all parties listed on the attached service list on December 6, 2016.

/s/ *Mariaelena Gayo-Guitian*
    Mariaelena Gayo-Guitian, Esq.
    Florida Bar No. 813818

## SERVICE LIST

***Served Via CM/ECF Notification***

Mariaelena Gayo-Guitian on behalf of Trustee Nicole Testa Mehdipour
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Kenneth W. Lockwood, Esq. on behalf of Creditor Wells Fargo Bank, N.A.
bk@exllegal.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;cm_ecf@mehdipourtrustee.com;bcasey@mehdipourtrustee.com;BCasey@ntmlawfirm.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jordan L Rappaport, Esq on behalf of Interested Party Leslie Albert Arouh
office@rorlawfirm.com

Neil B Tygar on behalf of Debtor J & J NE 31st Street LLC, A Florida Limited Liabilty Company
ntygar@bellsouth.net, lisa@associates.net

***Served Via U.S. Mail***

```
Label Matrix for local noticing        J & J NE 31st Street LLC, A Florida Limited    Wells Fargo Bank, N.A.
113C-9                                 216 NE 31st Street                              eXL Legal PLLC
Case 16-18693-PGH                      Boca Raton, FL 33431-6724                       12425 28th St Suite 200
Southern District of Florida                                                           Saint Petersburg, FL 33716-1826
West Palm Beach
Mon Dec 12 13:54:04 EST 2016

18890 Juipter LLC, A Florida Limited   Bank Of New York Mellon                         Leslie Arouh
1405 Estuasry Trail                    C/O eXL Legal , Pllc                            216 NE 31st Street
Delray Beach, FL 33483-5941            12425 28th Street North - Suite 200             Boca Raton, FL 33431-6724
                                       Saint Petersburg, FL 33716-1826


Mindi Arouh                            Office of the US Trustee                        Leslie Albert Arouh
380 west palmetto park Rd.             51 S.W. 1st Ave.                                c/o Rappaport Osborne Rappaport & Kiem
Boca Raton, FL 33432-3703              Suite 1204                                      1300 N Federal Highway
                                       Miami, FL 33130-1614                            #203
                                                                                       Boca Raton, FL 33432-2848


Neil B Tygar                           Nicole Testa Mehdipour
5341 W Atlantic Ave #303               United States Bankruptcy Trustee
Delray Beach, FL 33484-8166            200 East Broward Blvd.
                                       Suite 1110
                                       Ft Lauderdale, FL 33301-3535
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                     End of Label Matrix
                                       Mailable recipients    10
                                       Bypassed recipients     1
                                       Total                  11
```

**EXHIBIT "A"**

**Charge Back of Deposited Item**

11/28/2016

DDA

LAW OFFICE OF NICOLE TES[...]

Acct #: [REDACTED]

Check image:
- Less About
- Date: 11/11/2016
- Check No: 0099
- Pay to the Order of: Nicole Testa Maddipour
- Amount: $9,000
- Nine Thousand
- TD Bank
- For: Trustee Fees + GST
- Routing: 067014822

Return Reason: NOT SUFFICIENT FUNDS

Amount Charged Back: $9,000.00

**Debit**

IC Item No: [REDACTED]
Run No: [REDACTED]
Batch No: [REDACTED]
Tran Code: [REDACTED]